IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JUL -9 PM 3: 33

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| H.T. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 318-032 |
| | ) | |
| ANTOINE CALDWELL and | ) | |
| EDGINALD GIBBONS, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of July, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE